*William Robertson* v. *William McGeoch.* J. Rhoades, for appellant ; M. Fairchild, for respondent. Appeal from the sentence and decree of the surrogate of the county of Washington, directing that letters testamentary be granted to W. McGeoch, one of the executors named in the will of E. Cook, deceased. The chancellor decided in this case, that an executor who has renounced the executorship, has a right to retract his renunciation at any time before the grant of administration with the will annexed. And that where there are several executors, and one of them renounces, and letters testamentary are thereupon issued to the others, he may retract, as a matter of course, after the death of the others. But that where all the executors renounce, and administration, with the will annexed, has been actually granted, it is too late to retract the renunciation, at least during the life of the administrator.

*Right of an executor to retract his renunciation.*

Order appealed from affirmed with costs.

*In the matter of James Giles, a lunatic.* H. H. Cozzens and J. Rhoades, for the motion ; D. Burwell, for Willoughby, the petitioner. Application to charge the petitioner for the commission, with costs, denied, with $10 costs.

*Pierre Francois Lakens et al.* v. *Joshua Fielden et al.* J. Rhoades, for appellant ; W. W. Van Wagenen, for respondents. Decided in this case, that under an order for a common *dedimus*, to take the answer of the defendant, it is irregular for the commissioners to return a demurrer instead of an answer. But that the defendant may move the court for a commission to take his plea, answer or demurrer, and the court will grant it, with the restriction not to demur alone ; and then the commissioners may receive a plea, or an answer and demurrer, because they have special authority to do so.

*Under an order for a commission to take answer, demurrer cannot be received.*

Order appealed from reversed, and motion denied. Costs to abide the event of the suit.